FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
03/21/2018 4:10:47 PM
LISA MATZ
Clerk

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jermaine Scott
TDCJ 02106978
Allred Unit
2101 FM 369 North
Iowa Park TX 76367

9590 9402 3176 7166 9642 91

2. Article Number (Transfer from service label)

7010 2780 0000 7444 0183

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X R Schrayer
☐ Agent
☐ Addressee

B. Received by (Printed Name)
R Schrayer

C. Date of Delivery
3-21-18

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt